IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR NONCUSTODIAL** |
| | ) | **TRANSPORTATION** |
| DEANDRE LAMONT MOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Ex Parte Motion for Transportation (Filing No. 24). Defendant is indigent and is in need of noncustodial transportation for the return trip from Omaha, Nebraska to East St. Louis, Illinois, following his Change of Plea hearing scheduled on May 31, 2006, at 9:00 a.m. The Court finds said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. The Defendant's motion (Filing No. 24) is granted; and

2. That the U.S. Marshals shall provide noncustodial transportation from Omaha, Nebraska, to East St. Louis, Illinois, upon completion of defendant's Change of Plea hearing scheduled on May 31, 2006, at 9:00 a.m.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge